UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SALMAN AL HUTHAIFI,

Plaintiffs,

v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants.

Civil Action No. 25-0351 (RCL)

**ORDER**

UPON CONSIDERATION of Defendants' Motion [ECF No. 4] to dismiss, and the Court having received no opposition from the Plaintiff, it is hereby

ORDERED that Defendants' motion to dismiss is GRANTED and the case is DISMISSED; and it is further

ORDERED that the Clerk shall TERMINATE this case from the dockets of this Court.

**IT IS SO ORDERED.**

Date: 5 August 2025

ROYCE C. LAMBERTH
United States District Judge